**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: R.D.,        : No. 32 MAL 2015
                                     :

           Petitioner        :

                                     : Petition for Allowance of Appeal from the
                                     : Order of the Superior Court

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.